```
____ LODGED   ____ RECEIVED
```

**CERTIFIED TRUE COPY**
**ATTEST: WILLIAM M. MCCOOL**
Clerk, U.S. District Court
Western District of Washington

SEP 0 4 2019

By _____
Deputy Clerk

____ FILED   ____ ENTERED
____ LODGED  ____ RECEIVED

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

AUG 21 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The storage unit located at Skagit Self-Storage Unit 142, 1320 East Moore, Sedro-Woolley, WA, as further described in Attachment A

Case No.   MJ19-399

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

The storage unit located at Skagit Self-Storage Unit 142, 1320 East Moore, Sedro-Woolley, WA, as further described in Attachment A

located in the  **Western**  District of  **Washington**, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B for a list of Items to be Seized

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Transfer or possession of machine gun; |
| 21 U.S.C. §§ 841(a)(1), 846 | Prohibited Acts; Conspiracy |

The application is based on these facts:
Please see the attached Affidavit of FBI Special Agent Jack F. Kane

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

FBI Special Agent Jack F. Kane
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means).*

Date:  08/21/2019

_____
*Judge's signature*

City and state:  Seattle, Washington         Michelle L. Peterson, US Magistrate Judge
*Printed name and title*

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return |||
|---|---|---|
| Case No.: MJ19-385 399 | Date and time warrant executed: 8/21/19 5:58 PM | Copy of warrant and inventory left with: Inside Storage Unit |
| Inventory made in the presence of: SA Jack Kane + SA Terry Getsch |||

Inventory of the property taken and name of any person(s) seized:

① Glock 19 pistol; Gen 4 9mm SN ZRC587
② 31 round magazine with 27 rounds of 9mm
③ 30 round P-Mag with unknown # of rounds
④ Palmetto State Armory model PA-15 SN:SCD011059
⑤ Holosun Reflex Sight SN: 017402164
⑥ Magpul front sight and gunlock
⑦ Camo rifle bag
⑧ Canon camera bag, camera, and accessories
⑨ Sandisk memory card 32 GB
⑩ Bag with white xanax pills
⑪ Tin foil with green bar pills inside
⑫ Black bag with blue round pills inside
⑬ Red AWS scale, pen pipe, and baggie

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.   9/4/19

Date: 8/23/19

Executing officer's signature

Jack Kane   Special Agent
Printed name and title